FRANK R. McKEEBY, Respondent, v. MAX BAER, ANCIL HOFFMAN, Appellants; JERRY CASSALE and Others, Defendants.— Appeal from an order directing certain defendants to submit to an examination before trial. Order unanimously affirmed, with fifty dollars costs and disbursements. The time and place of the examination to be fixed by stipulation between the attorneys; if the parties cannot agree, the same to be fixed by the presiding justice of this court. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of ALICE RICHARDS, under Sixteen Years of Age. KENNETH RACE, Truant Officer, Complainant, Appellant.— Appeal from an order of the Chenango County Children's Court, which dismissed proceedings brought by the truant officer of the town of Oxford. The petition asked that the mother of a child eight years of age be punished for failing to send the child to school. It was one and a quarter miles from the home of the defendant to the place where the school bus passed. The road was lonely, poorly cared for, unfenced. The judge of the Children's Court found as a fact that it was not unreasonable to refuse to permit this child, of a tender age, to walk this distance along a lonely and poorly kept road. The mother taught the child at home, which she was competent to do. The order of the Children's Court should be affirmed. Order unanimously affirmed, with costs and disbursements of this appeal. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [166 Misc. 359.]